IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW G. GREGORY, et al.,** | No. 1:18-cv-00524 LJO-SAB |
| Plaintiffs, | **ORDER GRANTING STATE DEFENDANTS' REQUEST TO EXCEED PAGE LIMIT IN CONNECTION WITH MOTION TO DISMISS** |
| v. | |
| **FRESNO COUNTY, et al.,** | |
| Defendants. | |

The Court has reviewed the request of Defendants Department of Justice, Registry of Charitable Trusts, Becerra, Eller, Garcia, Harris, Ibanez, Kim, and Mossler (collectively "State Defendants") for a ten-page extension of their moving and reply briefs in connection with the motion to dismiss they intend to file. The operative complaint in this case is 118 pages long and contains ten causes of action along with lengthy introductory allegations. ECF No. 1. All of the claims appear to arise out of Defendants' conduct in connection with an investigation into Plaintiffs' fundraising for and management of a charity. *See generally id*.

While the Court believes many of the claims can be addressed in short sections of no more than 2-3 pages, the number of causes of action, coupled with the lengthy factual allegations and numerous exhibits, merits an extension of the page limits in this case in the interest of judicial efficiency, so that the Court has the benefit of some briefing on all issues. Accordingly, the page limit on State Defendants' points and authorities in support of their motion to dismiss shall be extended by <u>no more than ten pages</u>. In the interest of fairness, the page limit for any opposition

1

shall likewise be extended <u>by however many pages the motion to dismiss actually exceeds the 25 page limit</u>. The same extension ruling applies to the reply. In other words, if the motion is 30 pages in length, the opposition may be the same length and the reply may be 15 pages in length.

IT IS SO ORDERED.

Dated: **June 12, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2

Order Granting State Defendants' Request to Exceed Page Limit in Connection with their Motion to Dismiss
(1:18-cv-00524-LJO-SAB)