# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. GREGORY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY, et al., <br><br> Defendants. | Case No. 1:18-cv-00524-LJO-SAB <br><br> ORDER REQUIRING COUNSEL'S PERSONAL APPEARANCE FOR AUGUST 15, 2018 HEARING |

Currently pending before the Court are two motions to dismiss filed by the defendants in this action. The motions to dismiss have been referred to the undersigned and are set for oral argument on August 15, 2018.

The parties are informed that while counsel may request to appear telephonically to listen to oral argument, any counsel that seeks to be heard during oral argument will be required to personally be present and no request for a telephonic appearance will be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that the Court will require the personal appearance by counsel who wish to be heard during oral argument on August 15, 2018.

IT IS SO ORDERED.

Dated: **July 9, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

1