# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. GREGORY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY, et al., <br><br> Defendants. | Case No. 1:18-cv-00524-LJO-SAB <br><br> ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND VACATING OCTOBER 9, 2018 SCHEDULING CONFERENCE <br><br> (ECF Nos. 63, 64) <br><br> DEADLINE: OCTOBER 4, 2018 |

On September 6, 2018, findings and recommendations issued recommending granting in part and denying in part Defendants' motions to dismiss. (ECF No. 62.) The parties were provided with fourteen days in which to file objections to the findings and recommendations. On September 8, 2018, Plaintiffs filed a request for an extension of the period to file objections. (ECF No. 63.) Defendants filed a response to Plaintiffs' request on September 10, 2018.

The Court has reviewed the reasons for Plaintiffs' request for an extension of time and Defendants do not oppose the request. The Court finds good cause exists to grant the requested extension of time. Defendants also request that the scheduling conference set for October 9, 2018 be vacated to be reset at an appropriate time. The Court will vacate the scheduling conference.

///

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiffs' request of for an extension of time to file objections to the findings and recommendations is GRANTED;
2. Plaintiffs objections shall be filed on or before October 4, 2018; and
3. The October 9, 2018 scheduling conference is VACATED to be reset at a later date.

IT IS SO ORDERED.

Dated: __**September 11, 2018**__

UNITED STATES MAGISTRATE JUDGE