# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. GREGORY, et al., | Case No. 1:18-cv-00524-LJO-SAB |
| Plaintiffs, | ORDER TO SHOW CAUSE RE RES JUDICATA EFFECT OF STATE COURT JURY VERDICT |
| v. | |
| FRESNO COUNTY, et al., | |
| Defendants. | |

The Court takes judicial notice of the fact that a jury verdict has been entered in People of the *State of California v. Wounded Warriors Support Group, et al*., Case No. RG17856929, in the Superior Court for the County of Alameda. The Court believes that the jury verdict may have res judicata effect on many of the central claims in the above-captioned case. Accordingly, on or before November 30, 2018, the Parties are directed to submit briefs, no longer than ten pages in length, articulating their respective positions as to which claims in the above-caption action are barred by *res judicata*.

IT IS SO ORDERED.

Dated: **November 9, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1