# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. GREGORY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>FRESNO COUNTY, et al.,<br><br>   Defendants. | Case No. 1:18-cv-00524-LJO-SAB<br><br>ORDER LIFTING STAY OF ACTION; ENTERING JUDGMENT IN FAVOR OF COUNTY OF FRESNO, LISA SMITTCAMP, AND JEFFREY DUPREY; AND GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT<br><br>(ECF Nos. 74)<br><br>FORTY-FIVE DAY DEADLINE |

  On December 13, 2018, an order adopting was filed staying this action and requiring the parties to file a joint notice of the status of the state court action. On February 9, 2019, the parties filed a joint status report. While the parties disagree regarding whether time has lapsed for Plaintiffs to appeal the state court judgment, they agree that the stay of this action should be lifted. Defendants County of Fresno, Lisa Smittcamp, and Jeffrey Duprey request that judgment be entered on their behalf based on the order granting their motion to dismiss.

  Accordingly, IT IS HEREBY ORDERED that:

1.  The stay in this action is LIFTED;
2.  Judgement is ENTERED in favor of Defendants County of Fresno, Lisa Smittcamp, and Jeffrey Duprey;
3.  Plaintiffs SHALL FILE an amended complaint within forty-five (45) days of the

1

date of entry of this order;

4. Plaintiffs' amended complaint SHALL NOT exceed twenty-five pages in length including any exhibits incorporated by reference; and

5. If Plaintiffs fail to file an amended complaint in compliance with this order, the Court may impose sanctions up to and including dismissal of this action.

**IT IS SO ORDERED.**

**Dated:   February 11, 2019**          /s/ Lawrence J. O'Neill
                                         **UNITED STATES CHIEF DISTRICT JUDGE**