1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 322-8288
    E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants Eller and Mossler*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MATTHEW G. GREGORY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FRESNO COUNTY, et al.,**<br><br>Defendants. | No. 1:18-cv-00524 LJO-SAB<br><br>**STIPULATION FOR FOURTEEN-DAY EXTENSION FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Action Filed: April 16, 2018 |

Under Federal Rule of Civil Procedure 6(b)(1)(A) and 15(a)(3) and Local Rules 143 and 144(a), the parties, by and through their attorneys of record, stipulate to and request a fourteen-day extension, up to and including April 23, 2019, for Defendants Eller and Mossler to respond to the first amended complaint. The responsive pleading is currently due on April 9, 2019. Good cause exists to grant this stipulated request because Defendants require more time to prepare the responsive pleading despite their attorney's diligent efforts to complete the response by the current deadline.

On March 26, 2017, Plaintiffs filed their first amended complaint. (*See* ECF No. 77.) Under Federal Rule of Civil Procedure 15(a)(3), the response to the amended pleading is due April 9, 2019. Since the filing of the amended complaint, defense counsel has had several

1

pressing deadlines that prevented or will prevent her from completing the response due here. These deadlines include but are not limited to: settlement conference statement and appearance at settlement conference in *Chaudhry v. Smith* (E.D. Cal. No. 1:16-cv-1243 SAB), bills of costs in *Herrera v. Redding* (E.D. Cal. No. 1:14-cv-0164 LJO-BAM), discovery responses in *Rodgers v. CHP* (Tulare County Superior Court No. VCU273278), summary judgment preparation in *Barker v. Osemwingie* (E.D. Cal. No. 2:16-cv-3008 JAM-CKD), and opposition to a motion to strike in *Thompson v. Saukhla* (E.D. Cal. No. 2:18-cv- 2422 WBS-KJN). In addition, defense counsel traveled to Fresno for the settlement conference in *Chaudhry* on April 3 that took all day; she has an all-day training on April 5 in San Francisco; and April 1 was a state holiday. Defense counsel has exercised diligence in seeking to accomplish all that needs to be done, but requires more time to complete the response due here.

There are no other deadlines pending in this matter other than ones related to amended complaint, and the extension will not substantially delay the resolution of this matter. Good cause therefore exists to the grant the requested fourteen-day extension.

Dated: April 4, 2019	Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Eller and Mossler*

Dated: April 4, 2019	GINA D. GREGORY, ATTORNEY AT LAW

*/s/ Gina D. Gregory* (as authorized 4/4/19)

GINA D. GREGORY
*Attorney for Plaintiffs*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated request for a fourteen-day extension for Defendants to respond to the first amended complaint is GRANTED and Defendants shall file their response to the first amended complaint on or before April 23, 2019.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE