# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW G. GREGORY, et al., | Case No. 1:18-cv-00524-LJO-SAB |
| Plaintiffs, | ORDER RE PLAINTIFFS' REQUEST FOR CLARIFICATION OF SUPPLEMENTAL AUTHORITIES |
| v. | |
| FRESNO COUNTY, et al., | (ECF No. 88) |
| Defendants. | |

On May 23, 2019, an order issued providing the parties with notice of the issues to be addressed at the May 29, 2019 hearing on Defendants' motion to dismiss Plaintiffs' first amended complaint. The order stated that the parties may file supplemental briefing on or before 3:00 p.m. on May 28, 2019, to address the issues raised in the May 23, 2019 order. On May 26, 2019, Plaintiffs filed a request for clarification of the supplemental briefing.

The parties may file a supplemental brief addressing the issues raised in the May 23, 2019 order. This is not an opportunity for the parties to raise additional issues that were not addressed in the prior briefing. The parties briefs should be concise and cite to legal authority to support the arguments raised in the supplemental. The parties shall address only those issues raised in the May 23, 2019 order. Considering the issues to be addressed, each party may file one supplemental brief not to exceed ten (10) pages in length.

/ / /

Accordingly, IT IS HEREBY ORDERED that the parties may file supplemental briefing, not to exceed ten pages, by 3:00 p.m. on May 28, 2019, addressing those issues raised in the May 23, 2019 order.

IT IS SO ORDERED.

Dated: **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE